UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-61399-CIV-SMITH

PAMELA TITUS,

    Plaintiff,
v.

ATLAS ACQUISITIONS LLC,

    Defendant.
_____/

**ORDER TO SHOW CAUSE**

This matter came before the Court *sua sponte*. On July 17, 2020, the Court issued its Order Requiring Joint Scheduling Report, Certificates of Interested Parties and Corporate Disclosure Statement [DE 4], requiring the parties to file their Joint Scheduling Report, Certificates of Interested Parties and Corporate Disclosure Statements by September 15, 2020. A review of the record indicates that the parties have not complied. Accordingly, it is

**ORDERED** that on or before **September 22, 2020,** the parties shall file their Joint Scheduling Report, Certificates of Interested Parties and Corporate Disclosure Statements or show cause why they should not be sanctioned for failing to comply with a Court order. Failure to timely respond to this Order may result in dismissal of this case without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 17th day of September, 2020.

                                                                         RODNEY SMITH
                                                                         UNITED STATES DISTRICT JUDGE

cc:      Counsel of Record